COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



| | | |
|---|---|---|
| CHRISTOPHER MIRANDA, | § | |
| | | No. 08-15-00349-CR |
| Appellant, | § | |
| | | Appeal from the |
| v. | § | |
| | | 120th District Court |
| | § | |
| THE STATE OF TEXAS, | | of El Paso County, Texas |
| | § | |
| Appellee. | | (TC# 20130D04013) |
| | § | |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was error in the judgment as to Counts I and VII. We therefore reverse the convictions as to Counts I and VII of the court below and render a judgment of acquittal.

We further order that the judgment of the court below is affirmed on Counts III and V of the court below, in accordance with our opinion. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 9TH DAY OF NOVEMBER, 2018.

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rodriguez, and Palafox, JJ.